```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
             CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0058--CR (RRB)
                          "USA V GEOFFREY ANTONIO FLORENDO"
                          DEF 1.1 FLORENDO, GEOFFREY ANTONIO

                 Including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
    Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed:  06/22/05
             Closed:  NO
  No. of Defendants:  1
      MJ Case Number:
                 AKA:
    Location status:  U.S. Custody
         Trial date:
         Terminated:  NO
   Needs interpreter: NO
   Counsel of record: Sue Ellen Tatter
                      Federal Public Defender
                      550 W. 7th Avenue, Suite 1600
                      Anchorage, AK 99501
                      907-646-3400
                      FAX 907-646-3480
                      Serve: YES
                       Type: FPD
                       Role: Pretrial/Trial


  PLF 1.1 UNITED STATES OF AMERICA

  Counsel of record:  Retta-Rae Randall
                      U.S. Attorney's Office
                      222 W. 7th Avenue, #9
                      Anchorage, AK 99513
                      907-271-5071
                      Serve: YES
                       Type: Not specified
                       Role: Pretrial/Trial


  Counts re: DEF 1.1 FLORENDO, GEOFFREY ANTONIO
```

| Document  | Count | Citation and Description | Disposition |
|-----------|-------|--------------------------|-------------|
| 1 -  1 IND | 1 | 18:1343 WIRE FRAUD (F) | Pending |
| 1 -  1 IND | 2 | 18:1343  WIRE FRAUD (F) | Pending |
| 1 -  1 IND | 3 | 18:1343  WIRE FRAUD (F) | Pending |
| 1 -  1 IND | 4 | 18:1343  WIRE FRAUD (F) | Dismissed (24-1) |
| 1 -  1 IND | 5 | 18:1343  WIRE FRAUD (F) | Pending |

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CRIMINAL DOCKET ENTRIES FOR CASE A05-0058--CR (RRB)
                                  "USA V GEOFFREY ANTONIO FLORENDO"

                                       For all filing dates


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 06/22/05
            Closed: NO
 No. of Defendants: 1


 Document #   Filed       Docket text
 ──────────   ─────       ───────────
 NOTE -   1   06/22/05    [Re: DEF 1] Issued WOA.

    1 -   1   06/22/05    [Re: DEF 1] PLF 1 Indictment.

    2 -   1   06/22/05    [Re: DEF 1] RRB Grand Jury Minutes.  WOA to be issued.  No bail set.
                          (Detention per 18:3142)

 NOTE -   2   06/23/05    [Re: DEF 1] USM Notice of Arrest; defendant arrested 6/23/05 in Juneau,
                          AK.

 NOTE -   3   06/23/05    Notation: Proposed trial date setting for arraignment and notice of
                          speedy trial act ddlns forwarded to Judge's chambers.

    3 -   1   06/23/05    [Re: DEF 1] PLF 1 Return of WOA executed at Juneau, 6/23/05; def lodged
                          at LCCC.

    4 -   1   06/24/05    DEF 1 Financial Affidavit.

    5 -   1   06/24/05    [Re: DEF 1] Order setting conditions of release; def released O/R. cc:
                          USA, FPD, USM, PTS

    6 -   1   06/24/05    [Re: DEF 1] copy of PMP Order of Release. cc: USA, FPD, USM, PO

    7 -   1   06/24/05    [Re: DEF 1] PMP Order regarding preparation for trial w/parties to meet
                          by 7/1/05, PTMs due 7/15/05. cc: USA, S. Tatter (FPD)

    8 -   1   06/27/05    DEF 1 Attorney Appearance of S. Tatter (FPD).

    9 -   1   06/27/05    [Re: DEF 1] Return of WOA executed on 6/23/05.

   10 -   1   06/30/05    [Re: DEF 1] PMP Court Minutes [ECR Keitha Kolvig] re: I/A held 6/24/05:
                          FPD appointed; Fin Affidavit filed; Order Setting Cond of Release filed;
                          Release Order filed; Order re Prep for Trial filed; PTMs due 7/15/05;
                          trial set 8/15/05, 8:30 a.m. cc:  USA, S. Tatter, USM, USPO, Judge
                          Beistline

   11 -   1   07/01/05    [Re: DEF 1] RRB Minute Order setting trial by jury 8/15/05 at 8:30 a.m.
                          and Final PT Conf for 8/11/05 at 8:30 a.m. in Courtroom #2. cc: AUAA,
                          FPD, USM, USPO, jury clerk, MJ Roberts

   12 -   1   07/11/05    [Re: DEF 1] PLF 1 Discovery Conference Certificate.

   13 -   1   07/14/05    DEF 1 Unopposed motion to continue trial.

   14 -   1   07/18/05    [Re: DEF 1] RRB Minute Order a hrg on def's unopposed motion to
                          contionue trial is set for 7/26/05 at 1:30 p.m. in Courtroom #2.  cc:
                          AUSA, FPD, USm, UPSO, MJ Roberts

   15 -   1   07/25/05    DEF 1 motion on shortened time for defendant to appear telephonic at
                          hearing set 7/26/05.
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                          CRIMINAL DOCKET ENTRIES FOR CASE A05-0058--CR (RRB)
                                    "USA V GEOFFREY ANTONIO FLORENDO"

                                          For all filing dates

Document #    Filed      Docket text
──────────    ─────      ───────────

  16 -   1    07/26/05   [Re: DEF 1] RRB Order granting motion on shortened time for defendant to
                         appear telephonic at hearing (15-1).  cc: AUSA, FPD, USM, USPO

  17 -   1    07/27/05   [Re: DEF 1] RRB Court Minutes [ECR: Linda Christensen] re Hearing on
                         Defendant's Unopposed Motion to Continue Trial (held 7/26/05); def not
                         present; hrg cont to 7/29/05 at 11:00 am.  cc:  USA, FPD, USM, USPO, MJ
                         Roberts

  18 -   1    07/29/05   [Re: DEF 1] RRB Court Minutes [ECR: Elisa Singleton] re Hearing on Def's
                         Unopposed Mot to Cont Trial (held 7/29/05); trial date reset to 9/26/05
                         at 8:30 am; FPC reset to 9/13/05 at 1:45 p.m.; excludable delay under 18
                         USC section 3161(h)(8)(B)(iv); def to contact pretrial services daily.
                         cc: USA, FPD, USM, USPO, Jury Clerk

  19 -   1    09/08/05   PLF 1 motion to dismiss count 4 of the indictment.

  20 -   1    09/12/05   DEF 1 Unopposed motion on shortened time for def to appear
                         telephonically at  final pretrial conference.

  21 -   1    09/12/05   DEF 1 Notice of Intent to change plea.

  22 -   1    09/13/05   [Re: DEF 1] RRB Order granting Unopposed motion on shortened time for
                         def to appear telephonically at the FPTC set 9/13/05 (20-1).  cc: AUSA,
                         FPD, USM, USPO

  23 -   1    09/14/05   [Re: DEF 1] RRB Order granting motion to dismiss count 4 of the
                         indictment (19-1).  ccL AUSA, FPD, USM, USPO, MJ Roberts

  24 -   1    09/14/05   [Re: DEF 1] RRB Judgment of Discharge dismissed  count 4 of the
                         Indictment (1-1).  cc: AUSA, FPD, USM, USPO, MJ ROBERTS, DEF W/CNSL CY

  25 -   1    09/15/05   [Re: DEF 1] RRB Court Minutes [ECR: Robin Carter] [Re: DEF 1] RRB Court
                         Minutes [ECR: Robin Carter] Re: FPTC held 9/13/05; mot to dsm Ct 4 of
                         Indt (dkt 19) granted; tbj set for 9/26/05 at 8:30 a.m. is vacated;
                         status conf set for 9/16/05 at 10:30 a.m.  cc: USA, FPD, USM, USPO, JC

  26 -   1    09/16/05   [Re: DEF 1] RRB Court Minutes [ECR: Robin Carter] Re: status conf held
                         9/16/05; PCOP set for 9/29/05 at 11:00 a.m. in Juneau.  cc: USA, FPD,
                         USM, USPO

  27 -   1    09/19/05   [Re: DEF 1] PLF 1 Plea Agreement.

  28 -   1    09/30/05   [Re: DEF 1] RRB Court Minutes [ECR: Susan Evans] for PCOP hrg (held
                         9/29/05): Def pled guilty to Ct I; USA advised Ct 4 has already been
                         dismissed and Cts 2, 3, and 5 will be dismissed at sentencing; Ct
                         reserved final approval of plea agreement and referred to PO for
                         presentence report; cond of release to remain as prev set; IOS set for
                         12/8/05, 10:00 a.m. at Juneau.  cc: USA, S. Tatter, USM, PTS

  29 -   1    11/21/05   DEF 1 Unopposed motion to continue sentencing hearing w/att aff.

  30 -   1    11/23/05   [Re: DEF 1] RRB Order granting unoppo mot to continue sentencing hrg
                         (29-1); 12/8/05 IOS reset to 1/10/06 @ 9:30 a.m. @ Juneau, AK. cc: USA,
                         FPD, USM, USPO, Divisional Deputy
```