TIMOTHY M. BURGESS
United States Attorney

RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov
Alaska Bar # 9309061

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3:05-cr-058-(RRB) |
| ) | |
| Plaintiff, ) | |
| ) | **SENTENCING** |
| vs. ) | **MEMORANDUM OF THE** |
| ) | **UNITED STATES** |
| GEOFFREY ANTONIO ) | |
| FLORENDO, ) | |
| ) | |
| Defendant. ) | |

The United States files with the court its sentencing memorandum in the above captioned case pursuant to Local Criminal Rule 32.1(d)(1), for the Imposition of Sentence scheduled for January 10, 2006. The United States has no disagreements with the final revised presentence report dated November 23, 2005.

I.   **OFFENSE CONDUCT**

Between September, 2002, and July, 2004, the defendant, GEOFFREY ANTONIO FLORENDO ("Florendo"), devised a material scheme to defraud individuals who bid to purchase items placed for sale by him through on line services; and to obtain money and property by means of material false and fraudulent pretenses, promises and representations. The purpose of the scheme was for Florendo to defraud individuals by fraudulently offering items for sale on the Internet using either an on line classified advertisement or eBay. When an individual won the bidding on the item, Florendo would provide instructions on how to provide payment, usually through the Internet site PayPal. Florendo would then receive the proceeds but would not supply the item allegedly purchased.

On September 9, 2002, Sara Beth West, a resident of the State of Missouri, won a bid at the Internet auction site eBay for a Compaq laptop being sold by FLORENDO for $1,499.99. Ms. West paid via the Internet site PayPal with the funds taken from Ms. West's credit card account. The laptop was never received by Ms. West; eventually she did receive a partial refund of $1000.00 from Florendo.

Other people were victims of Florendo's scheme to defraud. Florendo owes PayPal $1,421.00 as a result of a chargeback resulting from the defrauding of Mark Hapak who paid Florendo for a 1960's Fender Twin Reverb Guitar amplifier which

was never delivered. Florendo also owes Jack Allen Meeker $1075.00 for parts for a 1963 Fender Stratacaster Guitar which were never delivered, and $370 to Randy Wesnitzer for a hand-held Tap Wave Zodiac which was never delivered.

## II.   ADVISORY SENTENCE CALCULATIONS PURSUANT TO PRESENTENCE REPORT (PSR).

Count 1:

Base Offense Level (2B1.1) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

Adjustment For Acceptance of Responsibility . . . . . . . . . . . . . . . . . . . . . . . . . -2

Total Offense Level . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Criminal History Category (estimated) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . II

Advisory Sentencing Range . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0 - 6 months

## III.   PLEA AGREEMENT PURSUANT TO 11(c)(1)(A).

The parties have entered into a plea agreement pursuant to Fed. R. Crim. P. 11(c)(1)(A). Upon acceptance by the court of defendant's plea and the plea agreement, and imposition of sentence, the government will move to dismiss Counts 2, 3 and 5 of the Indictment. (Count 4 has already been dismissed.)

## IV.   SENTENCING RECOMMENDATION.

(A)   A sentence of five (5) years of probation;

(B)   Restitution in the amount of $499.99 to Sara Beth Stewart (formerly

        West), $1421.00 to PayPal, $1075.00 to Jack Allen Meeker, and $370.00 to Randy Wesnitzer;

(C)    No fine because of the defendant's inability to pay and because of the amount of restitution due in this case;

(D)    A mandatory special assessment in the amount of $100.

RESPECTFULLY SUBMITTED this 3rd day of January, 2006, in Anchorage, Alaska.

                                    TIMOTHY M. BURGESS
                                    United States Attorney

                                    s/ Retta-Rae Randall
                                    Assistant U.S. Attorney
                                    222 West 7th Ave., #9, Rm. 253
                                    Anchorage, AK 99513-7567
                                    Phone: (907) 271-5071
                                    Fax: (907) 271-1500
                                    Email: rettarae.randall@usdoj.gov
                                    Alaska Bar # 9309061

**CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2005,
a copy of the foregoing Sentencing Memorandum
was served electronically on Sue Ellen Tatter.

s/ Retta-Rae Randall