Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GEOFFREY ANTONIO FLORENDO,<br><br>Defendant. | NO. A05-0058 CR (RRB)<br><br>**SENTENCING MEMORANDUM OF THE DEFENSE** |

The defendant, GEOFFREY ANTONIO FLORENDO, through counsel, presents this memorandum for sentencing set for January 10, 2006, in Juneau.

I.     **BACKGROUND OF THE DEFENDANT AND THE CASE**

Geoffrey Florendo is a 37-year-old divorced father of four young children. He lives with his 59-year-old mother, who has been steadily employed at the Tlingit-Haida Central Council.  Mr. Florendo himself has been steadily employed in the past, and for several years obtained a good income in the health and computer fields.  His

former wife is a registered nurse who has custody of the children. Mr. Florendo sees the children frequently with open visitation, and also has substantial debts to the state child support office.

The divorce and separation from his family were devastating to Mr. Florendo. During and after the divorce, Mr. Florendo suffered from severe depression which exacerbated his substance abuse problems. He frequently pawned and sold musical and computer equipment to pay for his problems, including a computer which belonged to his mother. He did not perform on several of the orders he obtained on the internet, and owes dissatisfied customers about $3,777. He pled guilty and admitted his wrongdoing. He also has made attempts to pay back customers, which is reflected in the comparatively low amount of the loss.

Mr. Florendo has acknowledged his substance abuse problems and has made good, though not perfect, efforts to obtaining counseling and treatment. Because of the criminal and substance abuse problems, including a federal felony conviction, Mr. Florendo faces a substantially reduced employment prospects in the future.

## II.    GUIDELINES ISSUES

The defense has no objection to factual statements in the presentence report nor to the guidelines calculations. Both the prosecution and the defense agree that the guidelines advise a sentence of 0-6 months incarceration. Probation is authorized.

### III.    STATUTORY ISSUES

Under 18 U.S.C. § 3553(a) the court must give consideration to statutory factors such as the nature of the offense and the characteristics of the offender.  In the universe of felony theft offenses, this case involves an extremely minor loss and some good faith attempts to repay the victims.  In addition, the restitution and protection of the public would be aided by a lengthy term of probationary supervision, including possible mental health and substance abuse treatment, rather than by incarceration.  In the circumstances here, the guideline range is reasonable under the statutory concerns.

DATED this 4th day of January 2006.

Respectfully submitted,

S/SUE ELLEN TATTER
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:       907-646-3400
Fax:          907-646-3480
E-Mail:      sue_ellen_tatter@fd.org

Certification:
I certify that on January 4, 2006,
a copy of the *Sentencing Memorandum*
*of the Defense* was served electronically on:

Retta-Rae Randall
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and hand delivered a copy to:

Pam Shaw
U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Sue Ellen Tatter