Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GEOFFREY ANTONIO FLORENDO,<br><br>Defendant. | NO. A05-0058 CR (RRB)<br><br>**UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING FOR ONE HOUR** |

The defendant, GEOFFREY ANTONIO FLORENDO, through counsel, moves this court to continue, for one hour, the sentencing hearing scheduled for January 10, 2006, at 9:30 a.m. in Juneau, Alaska.

This motion is unopposed by Assistant U.S. Attorney Retta-Rae Randall and is based on the new Alaska Airlines plane schedule and the attached affidavit of counsel.

DATED this 4th day of January 2006.

Respectfully submitted,

S/SUE ELLEN TATTER
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:       907-646-3400
Fax:           907-646-3480
E-Mail:      sue_ellen_tatter@fd.org

Certification:
I certify that on January 4, 2006,
a copy of the *Unopposed Motion to
Continue Sentencing Hearing for
One Hour, Affidavit of Counsel,
and Proposed Order* were served
Electronically on:

Retta-Rae Randall
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

Pam Shaw
U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Sue Ellen Tatter

Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GEOFFREY ANTONIO FLORENDO,<br><br>Defendant. | NO. A05-0058 CR (RRB)<br><br>**AFFIDAVIT OF COUNSEL** |
| STATE OF ALASKA<br><br>THIRD JUDICIAL DISTRICT | ss: |

       Sue Ellen Tatter, being first duly sworn upon oath, deposes and states:

       1.    I am the attorney for Geoffrey Antonio Florendo in the above-captioned case.

       2.    Mr. Florendo's sentencing is set for 9:30 a.m. on January 10, 2006, in Juneau, Alaska. Although the prosecutor is appearing telephonically, I believe that the defense counsel should be physcially present with the client for a felony sentencing.

3. The Alaska Airlines plane schedule has changed, and the plane does not arrive until about 9:50 a.m.

4. A short (one-hour) continuance should enable defense counsel to be at the hearing without the necessity of an overnight stay and attendant government expense.

5. Retta-Rae Randall, Assistant U.S. Attorney, does not oppose this motion.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Sue Ellen Tatter

SUBSCRIBED AND SWORN to before me this 4th day of January 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 12/20/2008

2