UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GEOFFREY ANTONIO FLORENDO,<br><br>Defendant. | NO. A05-0058 CR (RRB)<br><br>**PROPOSED ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING FOR ONE HOUR** |

After due consideration of the defendant's Unopposed Motion to Continue Sentencing Hearing for One Hour, the motion is GRANTED. The sentencing hearing currently scheduled for January 10, 2006, at 9:30 a.m. in Juneau, is rescheduled to 10:30 a.m.

DATED this ____ day of January 2006.

_____
RALPH R. BEISTLINE
U.S. DISTRICT JUDGE