UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


<u>  USA  </u>   v.   <u>  FLORENDO  </u>

DATE:   <u>  January 5, 2006  </u>      CASE NO.   <u>  A05-0058 CR (RRB)  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**RESCHEDULING SENTENCING**

---

Due to the reassignment of a criminal trial, the sentencing in this matter, presently scheduled for January 10, 2006, is **rescheduled** and will now be held on **Friday, February 3, 2006,** at **10:00 a.m.**, in Juneau, Alaska.



M.O. RESCHEDULING SENTENCING