**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**


 USA  v.  FLORENDO 

DATE:   January 23, 2006   CASE NO.   3:05-CR-0058 RRB 


THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
VACATING SENTENCING AND SCHEDULING HEARING**

===============================================================

        Due to a judicial scheduling conflict, the sentencing
scheduled in this matter for February 3 in Juneau, Alaska, is
**vacated**.   A  rescheduling  hearing  will  be  held  on  **Tuesday,
January 24, 2006, at 9:10 a.m.**, in Courtroom 2, in Anchorage,
Alaska.   Counsel and parties attending telephonically are to
contact Carolyn Bollman, Deputy Clerk, at 907-451-5791, to make
appropriate arrangements.

M.O. VACATING SENTENCING AND SCHEDULING HEARING