```
               MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

U.S.A. vs. <u>GEOFFREY ANTONIO FLORENDO</u> CASE NO. <u>3:05-cr-00058-RRB</u>
Defendant:<u> X </u>Present  <u>X </u>On Bond

BEFORE THE HONORABLE:<u>     RALPH R. BEISTLINE                   </u>

DEPUTY CLERK/RECORDER:<u>    SUSAN EVANS                          </u>

UNITED STATES' ATTORNEY:<u> RETTA-RAE RANDALL*                    </u>

DEFENDANT'S ATTORNEY:<u>     SUE ELLEN TATTER                     </u>

U.S.P.O.:<u>                 PAM SHAW*                            </u>
 <u>* </u>Telephonic Appearance

PROCEEDINGS: IMPOSITION OF SENTENCE Held: FEBRUARY 7, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:18 a.m. Court convened.

<u>X</u> Notice of Appeal form given to defendant.

<u>X</u> Court and Counsel heard re: Imposition of Sentence.

<u>X</u> Government counsel made an Oral Motion to Dismiss counts 2,3
   & 5 of the Indictment; **GRANTED.**

<u>X</u> Court stated findings/reasons pursuant to sentencing
   guidelines.

<u>X</u> Defendant is sentenced to probation for a term of <u> 5 </u> years,
   under the usual terms and conditions and the following special
   conditions:

1.  In addition to submitting to drug testing in accordance with
    the Violent Crime Control and Law Enforcement Act of 1994,
    the defendant shall participate in either or both inpatient
    or outpatient treatment programs approved by the United
    States Probation Office for substance abuse treatment, which
    program shall include testing to determine whether the
    defendant has reverted to the use of drugs or alcohol. At
    the direction of the probation officer, the defendant may be
    required to pay for all or a portion of any treatment
    program.
                       CONTINUED ON PAGE 2

DATE:<u> 2/7/06                </u>    DEPUTY CLERK'S INITIALS:<u> SE        </u>

CONTINUATION - PAGE 2
U.S.A. vs. GEOFFREY ANTONIO FLORENDO 3:05-cr-00058-RRB
IMPOSITION OF SENTENCE
February 7, 2006

2. The defendant shall not consume or purchase alcohol of any kind in any amount, including wine and beer, and shall not enter any establishment which serves alcohol except for a bonafide restaurant, where he may consume only food and non-alcoholic beverages.

3. The defendant shall not utilize any computer including computers owned by his family, friends, employer, or commercial establishments, such as internet cafes, libraries, or learning institutions, to access the internet during the period of probation. Should the defendant wish to obtain access to the internet he must request in writing of the probation officer a specific release from this condition or a modification of this condition, and if the probation service is not willing, apply directly to the Court.

4. The defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

5. The defendant shall submit to a warrantless search of his person, residence, vehicle, office, place of employment and/or business at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to a search may be grounds for revocation. The defendant shall not reside at any location without having first advised other residents that the premises may be subject to searches pursuant to this condition.

6. The defendant shall provide the probation officer access to any requested financial information, including authorization to conduct credit checks, and shall not incur any new debts or apply for credit without the prior approval of the probation officer.

7. The defendant shall not possess a firearm, a destructive device, or other weapon.

X Special Assessment    $100.00   , due immediately.

CONTINUED ON PAGE 3

DATE: 2/7/06                    DEPUTY CLERK'S INITIALS: SE

```
                    CONTINUATION - PAGE 3
        U.S.A. vs. GEOFFREY ANTONIO FLORENDO 3:05-cr-00058-RRB
                      IMPOSITION OF SENTENCE
                        February 7, 2006
```

X Restitution payments in the amount of $3,777.99 payable to:
   1. Ms. Florendo (Defendant's mother)      $   367.50
   2. Jack Allen Meeker                      $ 1,075.00
   3. Randy Wesnitzer                        $   370.00
   4. PayPal                                 $ 1,421.00
   5. Harry Trummer                          $    44.45
   6. Sara Beth Seward (formerly West)       $   499.99

X Payment Schedule to be determined by the Probation Officer.

At 10:45 a.m. court adjourned.

DATE: 2/7/06                    DEPUTY CLERK'S INITIALS: SE