

**United States Department of Justice**
**United States Marshals Service**
*District of Alaska*

Federal Building and US Courthouse
222 W. Seventh Avenue #28, Room 170
Anchorage, Alaska 99513

To: US District Court
US Attorney
US Probation
US FPD

From: Randy M. Johnson
United States Marshal
District of Alaska

INRE: **PRISONER IN FEDERAL CUSTODY**

| | |
|---|---|
| NAME: | FLORENDO, GEOFFREY ANTONIO |
| DATE OF BIRTH: | 12/12/1967 |
| CHARGE: | PROBATION VIOLATIONS |
| CASE NUMBER: | 3:05-CR-00058-RRB |
| PLACE HELD: | ACC – EAST |
| DATE OF ARREST: | 08/14/2006 |
| TIME OF ARREST: | UNKNOWN |
| PLACE ARRESTED: | SKAGWAY ALASKA |
| ARRESTED BY: | SKAGWAY PD FOR USMS ANCHORAGE |

REMARKS: ARRESTED IN SKAGWAY NOW ENROUTE TO ANCHORAGE. WILL BE
HOUSED IN ACC –EAST BY LATE 8/16/06. AVAILABLE IN ANC FOR HEARING.

BOOKED IN ENGLISH: YES X NO _____

LANGUAGE: _____

IF YOU HAVE QUESTIONS IN REGARDS TO THIS ARREST, PLEASE CONTACT DUSM John
Olson or SDUSM Stacy Melton AT (907) 271-5154. THANK YOU.