MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. GEOFFREY ANTONIO FLORENDO   CASE NO. 3:05-CR-00058-RRB
Defendant: X Present   X In Custody

BEFORE THE HONORABLE:        JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:        CAROLINE EDMISTON

UNITED STATES' ATTORNEY:        RETTA-RAE RANDALL

DEFENDANT'S ATTORNEY:        SUE ELLEN TATTER, APPOINTED

U.S.P.O.:        MARY FRANCES BARNES

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE PROBATION
          Held 08/17/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:35 a.m. court convened.

 X Copy of Petition to Revoke Probation given to defendant; read.

 X Defendant sworn and state true name:    Same as above.

 X Defendant advised of general rights, charges, and penalties.

 X Financial Affidavit FILED; Federal Public Defender accepted appointment; FPD notified.

 X Defendant DENIED Allegations 1, 2, 3, & 4 of the Petition to Revoke Probation.

 X This matter referred to the U.S. District Judge for further proceedings; counsel unavailable for hearing until after August 28, 2006.

 X Defendant detained/Detention Hearing set for **August 22, 2006 at 3:00 p.m.** before Magistrate Judge Roberts; Order of Temporary Detention Pending Trial FILED.

At 11:48 a.m. court adjourned.


DATE:        August 17, 2006        DEPUTY CLERK'S INITIALS:    ce