# United States District Court
### for the
# DISTRICT OF ALASKA

**RECEIVED**

AUG 1 8 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES OF AMERICA )
)
) Case Number: 3:05-CR-00058-(RRB)
vs. )
) **WARRANT FOR ARREST**
)
Geoffrey Florendo )

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Geoffrey Florendo and bring him forthwith to the nearest Magistrate Judge to answer a probation violation petition charging him with four violations of his term of probation.

**SIGNATURE REDACTED**

Ralph R. Beistline
U.S. District Court Judge

8/7/06
Date

| RETURN OF SERVICE |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at: |
| 2nd & State St |
| Skagway AK 99840 |

| Date Received: | Name and title of arresting officer: | Signature of arresting officer: |
|---|---|---|
| Date of Arrest: 8/14/06 | Ray Leggett Chief/Skagway | |