**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

USA   v.   FLORENDO

DATE:   August 18, 2006        CASE NO.   3:05-CR-0058-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
SCHEDULING HEARING**

---

An evidentiary hearing on the petition to revoke will be held on **Friday, September 1, 2006, at 9:00 a.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. SCHEDULING HEARING