Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GEOFFREY ANTONIO FLORENDO,<br><br>　　　　Defendant. | NO. 3:05-cr-0058-RRB<br><br>**NOTICE OF WITHDRAWAL OF DETENTION REVIEW** |

The defense gives notice that the parties have reached an agreement, and therefore the defense withdraws the request for detention review set for 3:00 p.m. on Tuesday, August 22, 2006.

DATED this 21st day of August 2006.

Respectfully submitted,

S/SUE ELLEN TATTER
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:	907-646-3400
Fax:	907-646-3480
E-Mail:	sue_ellen_tatter@fd.org

Certification:
I certify that on August 21, 2006,
a copy of the **Notice of Withdrawal
of Detention Review** was served
electronically on:

Retta-Rae Randall
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Sue Ellen Tatter