PROB 12B
(7/93)

# United States District Court
## for the
## District of Alaska

**Request for Modification of Conditions or Term of Probation
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Geoffrey A. Florendo            Case Number: A05-0058-01CR (RRB)

Sentencing Judicial Officer:   Ralph R. Beistline, U.S. District Court Judge

Date of Original Sentence:     February 10, 2006

Original Offense:              Wire Fraud in violation of 18 U.S.C. § 1343

Original Sentence:             Five years probation, restitution of $3,777

Date Supervision Commenced: February 10, 2006

### PETITIONING THE COURT

[ ]   To extend the term of probation for _____ years, for a total term of _____ years.
[X]   To modify the conditions of probation as follows:

**At the direction of the probation officer, the defendant shall be placed in the Community Corrections Center for a period of up to 180 days. If the defendant establishes employment and residency prior to the completion of the 180 days, at the direction of the probation officer, the defendant may serve the remainder of the 180 days on home confinement with electronic monitoring. The defendant shall be released for work, medical, substance abuse counseling, and to look for residency.**

### CAUSE

The defendant has violated the Standard Condition of Supervision 2, "The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month," in that the defendant has not submitted a Monthly Supervision Report for the months of April, May, June or July 2006, as required.

The defendant has violated the Standard Condition of Supervision 6, "The defendant shall notify the probation officer at least ten days prior to any change of residency or employment," in that the defendant moved and did not advise the probation officer of his whereabouts as required.

The defendant has violated the Mandatory Condition of Supervision, "The defendant shall pay restitution in the lump sum of $3,877.94 in accordance with a schedule determined by the probation officer," in that as of August 18, 2006, the defendant has made no payments toward restitution as required.

*Request for Modification of Conditions or Term*
*Name of Offender        :       Geoffrey A. Florendo*
*Case Number             :       A03-0058-01CR (RRB)*

The defendant has not responded to directions of the probation officer and has not maintained contact as required. In essence, the defendant has absented himself from supervision. It is necessary to place the defendant in the Community Corrections Center in order for Florendo to obtain employment and establish independent residence in Anchorage where the probation officer can closely supervise the defendant.

Respectfully submitted,

*Mary Frances Barnes*
Mary Frances Barnes
U.S. Probation Officer
Date: August 18, 2006

Approved by:

*Eric D. Odegard*
Eric D. Odegard
Supervising U.S. Probation Officer

---

**THE COURT ORDERS:**

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other: _____

_____

*Ralph R. Beistline*
Ralph R. Beistline
U.S. District Court Judge
Date: 8/23/06

-2-

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF ALASKA

**U.S.A. v Geoffrey A. Florendo**                    Docket No. A05-0058CR (RRB)

I, _Geoffrey A. Florendo_, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of probation or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of probation or to the proposed extension of my term of supervision:

**At the direction of the probation officer the defendant shall be placed in the Community Corrections Center for a period of up to 180 days. If the defendant establishes employment and residency prior to the completion of the 180 days, at the direction of the probation officer, he may serve the remainder of the 180 days on home confinement with electronic monitoring. The defendant shall be released for work, medical, substance abuse counseling, and to look for residency.**

Signed: _[signature]_                    Date: 8-21-06
Geoffrey A. Florendo
Probationer or Supervised Releasee

Witness: _[signature]_                   Date: 8/21/06
Mary Frances Barnes
U.S. Probation/Pretrial Services Officer