Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GEOFFREY ANTONIO FLORENDO,<br><br>Defendant. | NO. 3:05-cr-0058-RRB<br><br>**UNOPPOSED MOTION FOR ORDER OF RELEASE TO CORDOVA CENTER** |

　　　　The defendant, GEOFFREY ANTONIO FLORENDO, through counsel, hereby requests this court to order the defendant released to the Cordova Center as referenced in the court's order modifying probation (Docket No. 53).  This request is necessary because there is currently a detention order in place.

　　　　U.S. Probation Officer Mary Frances Barnes does not oppose this motion.

DATED this 24th day of August 2006.

Respectfully submitted,

s/SUE ELLEN TATTER
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:      907-646-3400
Fax:        907-646-3480
E-Mail:     sue_ellen_tatter@fd.org

Certification:
I certify that on August 24, 2006,
a copy of the *Unopposed Motion
for Order of Release to Cordova
Center* was served electronically on:

Retta-Rae Randall
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

Mary Frances Barnes
Probation Officer
U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Sue Ellen Tatter