UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GEOFFREY ANTONIO FLORENDO,<br><br>Defendant. | NO. 3:05-cr-0058-RRB<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR ORDER OF RELEASE TO CORDOVA CENTER** |
|---|---|

After due consideration of the defendant's Unopposed Motion for Order of Release to Cordova Center, the court grants the motion. Geoffrey Antonio Florendo is hereby released to the custody of the Cordova Center as referenced in the court's order modifying probation (Docket No. 53).

DATED this 25 day of August 2006.

/S/
_____
RALPH R. BEISTLINE
U.S. DISTRICT JUDGE