UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


<u>  USA  </u>  v.  <u>  FLORENDO  </u>

DATE:  <u>  January 25, 2007  </u>   CASE NO.  <u>  3:05-CR-0058-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**RESCHEDULING HEARING**

---

Due to a judicial scheduling conflict, the status hearing in this matter set for February 2, 2007, is **RESCHEDULED** and will be held on **Thursday, February 1, 2007,** at **10:30 a.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. RESCHEDULING HEARING