MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. GEOFFREY ANTONIO FLORENDO CASE NO. 3:05-cr-00058-RRB
Defendant: _X_Present _X_On Bond

BEFORE THE HONORABLE: RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER: APRIL KARPER

UNITED STATES' ATTORNEY: STEVEN SKROCKI FOR RETTA-RAE RANDALL

DEFENDANT'S ATTORNEY: KEVIN MCCOY FOR SUE ELLEN TATTER

U.S.P.O.: MARY BARNES

PROCEEDINGS: STATUS HEARING (CONTINUED FINAL HEARING RE
             REVOCATION OF SUPERVISED RELEASE
             HELD FEBRUARY 1, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:37 a.m. court convened.

Court and counsel heard re plaintiff's oral motion to dismiss the
Petition to Revoke Supervised Release (Dkt 42) without prejudice;
**GRANTED**.

At 10:40 a.m. court adjourned.

DATE: February 1, 2007    DEPUTY CLERK'S INITIALS: ak