MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. GEOFFREY ANTONIO FLORENDO   CASE NO. 3:05-CR-00058-RRB
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE: JOHN D. ROBERTS

DEPUTY CLERK/RECORDER: SAMANTHA LARK

UNITED STATES' ATTORNEY: KAREN LOEFFLER

DEFENDANT'S ATTORNEY: SUE ELLEN TATTER - APPOINTED

U.S.P.O.: MARY FRANCES BARNES

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE PROBATION (DKT 60) HELD JUNE 24, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:17 p.m. court convened.

_X_ Copy of Petition to Revoke Probation given to defendant: read.

_X_ Defendant sworn.

_X_ Defendant stated true name: same as above.

_X_ Defendant advised of general rights.

_X_ Financial Affidavit **FILED**; Federal Public Defender accepted appointment; FPD notified.

_X_ Defendant **DENIED** allegations 1, 2, 3, 4, 5, 6, 7, 8 and 9 of the Petition to Revoke Probation (DKT 60)

_X_ Matter is referred to U.S. District Judge for: Evidentiary Hearing

_X_ Defendant's detention continued.

_X_ Order of Detention Pending Trial **FILED.**

_X_ OTHER: Court and counsel heard re parties availability for Evidentiary hearing; Parties available July 7, 2008 and July 8, 2008.

At 2:42 p.m. court adjourned.


DATE: June 24, 2008        DEPUTY CLERK'S INITIALS: sal

Revised 6-18-07