Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GEOFFREY ANTONIO FLORENDO,<br><br>Defendant. | NO. 3:05-cr-0058-RRB<br><br>**MOTION FOR CONSOLIDATED SCHEDULING** |

The defendant, GEOFFREY ANTONIO FLORENDO, through counsel, hereby moves this Honorable Court to:

1.	Vacate the current July 17, 2008, evidentiary hearing in Anchorage and set a consolidated hearing in Juneau after August 13, 2008.

2.	At this hearing, defendant is prepared to admit Allegation Nos. 1 through 8 of the Petition to Revoke, and the probation office is willing to dismiss Allegation No. 9.

3. At this hearing, the court may consider disposition, because the parties are in negotiation, and because the probation officer has begun the disposition report.

4. At this hearing, the defendant may present a plan for a brief (3-5 day) furlough in the 24-hour custody of his mother, Le Florendo, prior to commitment to the Bureau of Prisons. Ms. Florendo's third-party application has been sent to probation and the government. The probation officer may oppose this request, but does not oppose the defense presenting it to the court.

5. Counsel has discussed this matter with Probation Officer Mary Frances Barnes, who is in agreement with this proposal. Counsel was not able to reach the prosecutor because she is ill.

6. The date requested, after August 13, reflects the vacation schedules of the probation officer and defense counsel.

DATED this 3rd day of July 2008.

Respectfully submitted,

/s/Sue Ellen Tatter
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:     907-646-3400
Fax:         907-646-3480
E-Mail:     sue_ellen_tatter@fd.org

Certification:
I certify that on July 3, 2008,
a copy of the **Motion for Consolidated Scheduling** was served electronically on:

Retta-Rae Randall
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

/s/Sue Ellen Tatter