UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GEOFFREY ANTONIO FLORENDO,<br><br>　　　　Defendant. | NO. 3:05-cr-0058-RRB<br><br>**ORDER** |

After due consideration of the defendant's Motion for Consolidated Scheduling, the motion is granted.

IT IS HEREBY ORDERED that the July 17, 2008, evidentiary hearing in Anchorage is VACATED.

IT IS FURTHER ORDERED that a consolidated hearing is scheduled in Juneau for August _____, 2008, at _____ ___.m.

DATED this ____ day of July 2008.

_____
RALPH R. BEISTLINE
U.S. DISTRICT JUDGE