NELSON P. COHEN
United States Attorney

RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building and U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 3:05-cr-0058-RRB |
| | ) |
| Plaintiff, | ) |
| | ) **NON-OPPOSITION TO** |
| vs. | ) **MOTION FOR CONSOLIDATED** |
| | ) **SCHEDULING** |
| GEOFFREY ANTONIO FLORENDO, | ) |
| | ) *Filed on shortened time* |
| | ) |
| Defendant. | ) |

COMES NOW the United States to inform the court that it is not opposed to the defendant's Motion for Consolidated Scheduling at docket 66.

RESPECTFULLY SUBMITTED this 8th day of July, 2008.

NELSON P. COHEN
United States Attorney


 s/ Retta-Rae Randall
Assistant U.S. Attorney
222 W. 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov


**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true and
correct copy of the foregoing was served on
Sue Ellen Tatter on July 8, 2008.


s/ Retta-Rae Randall
Office of the U.S. Attorney