NELSON P. COHEN
United States Attorney

RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GEOFFREY ANTONIO FLORENDO, )<br>)<br>Defendant. )<br>) | No. 3:05-cr-00058-RRB-JDR<br><br>UNOPPOSED MOTION TO APPEAR TELEPHONICALLY AT HEARING |

Plaintiff, the United States of America, hereby requests authorization from the Court to appear telephonically at the hearing scheduled for August 14, 2008, at 11:30 AM in Juneau, Alaska.

U.S. v. Florendo                                                                3:05-cr-00058-RRB-JDR

RESPECTFULLY SUBMITTED this 14th day of July, 2008, at Anchorage, Alaska.

    NELSON P. COHEN
United States Attorney

s/ Retta-Rae Randall
RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2008,
a copy of the foregoing **GOVERNMENT'S
UNOPPOSED MOTION TO APPEAR TELEPHONICALLY**
was served, via Electronic Filing, on:

Sue Ellen Tatter, FPD

s/Retta-Rae Randall