NELSON P. COHEN
United States Attorney

RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3:05-cr-00058-RRB-JDR |
| ) | |
| Plaintiff, ) | [PROPOSED] |
| ) | ORDER |
| vs. ) | |
| ) | |
| GEOFFREY ANTONIO FLORENDO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS SO ORDERED.  Plaintiff may appear telephonically by calling the Court at (907) _____ at 11:30 a.m., on August 14, 2008.

Dated:_____            _____
                                                                    RALPH R. BEISTLINE
                                                                    United States District Judge