MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. <u>GEOFFREY ANTONIO FLORENDO</u> CASE NO. <u>3:05-CR-00058-RRB</u>
Defendant: <u>X</u> Present <u>X</u> In Custody

BEFORE THE HONORABLE:          <u>RALPH R. BEISTLINE</u>

DEPUTY CLERK/RECORDER:          <u>SAMANTHA LARK</u>

UNITED STATES' ATTORNEY:          <u>RETTA-RAE RANDALL - TELEPHONIC</u>

DEFENDANT'S ATTORNEY:          <u>SUE ELLEN TATTER</u>

U.S.P.O.:          <u>MARY FRANCES BARNES</u>

PROCEEDINGS: FINAL DISPOSITION HEARING ON PETITION TO REVOKE PROBATION (DKT 60) (EVIDENTIARY HEARING ON PETITION TO REVOKE PROBATION (DKT 60) HELD AUGUST 14, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 1:07 p.m. court convened.

<u>X</u> Defendant sworn.

<u>X</u> Defendant stated true name: <u>same as above.</u>

<u>X</u> Defendant advised of general right.

<u>X</u> Defendant **ADMITTED** allegations <u>1, 2, 3, 4, 5, 6, 7 and 8 of the Petition to Revoke Probation (DKT 60)</u>

<u>X</u> Probation revoked.

<u>X</u> Defendant imprisoned for a period of <u>12 months and 1 day. With no term of probation to follow.</u>

<u>X</u> Defendant remanded to the custody of the U.S. Marshal.

<u>X</u> On motion of the U.S. Attorney, remaining allegations <u>9</u> of the Petition to Revoke Probation **DISMISSED**.

<u>X</u> OTHER: <u>Court and counsel heard re defendant's Oral Motion to Release Defendant with Conditions for Five Days;</u> **DENIED.**

At 1:29 p.m. court adjourned.

DATE: <u>August 14, 2008</u>          DEPUTY CLERK'S INITIALS: <u>sal</u>

Revised 6-18-07