UNITED STATES DISTRICT COURT
District of Alaska

RECEIVED
AUG 21 2008

UNITED STATES OF AMERICA,

vs.

GEOFFREY ANTONIO FLORENDO

AMENDED JUDGMENT IN A CRIMINAL CASE
(For Revocation of Probation or Supervised Release)
For Offenses Committed On or After November 1, 1987
(Original Judgment filed 02/07/2006 )
Case Number: 3:05-CR-00058-RRB
Sue Ellen Tatter
Defendant's Attorney

Defendant's probation officer filed a petition on June 20, 2008 accusing defendant of 9 violations of the conditions of supervision provided in the original judgment. Defendant Admitted allegations 1, 2, 3, 4, 5, 6,7 and 8. All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 1 | Standard | Change of Resident | 08/01/2006 | C |
| 2 | Standard | Fail to Call P.O. | 05/30/2008 | C |
| 3 | Standard | Fail to Call P.O. | 06/16/2008 | C |
| 4 | Standard | Fail to obey P.O. | 05/22/2008 | C |
| 5 | Standard | Fail to obey P.O. | 06/10/2008 | C |
| 6 | Standard | Provide Financial info | 05/30/2008 | C |
| 7 | Standard | Submit Supervision report | 05/31/2008 | C |
| 8 | Mandatory | Pay restitution | 04/31/2007 | C |

The court finds that the following accusations are not proved: 9 .
The court concludes that the conditions of supervision set forth in the court's original judgment are subject to revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through 2 of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

August 14, 2008
Date of Disposition Hearing

SIGNATURE REDACTED
Signature of Judicial Officer
RALPH R. BEISTLINE, U.S. DISTRICT JUDGE
Name & Title of Judicial Officer

8/20/08
Date

AO245.REV

Defendant: GEOFFREY ANTONIO FLORENDO        Amended Judgment--Page 2 of 2
Case No.: 3:05-CR-00058-RRB

## IMPRISONMENT ON REVOCATION OF PROBATION

Defendant's probation having been revoked, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 12 months and 1 day; NO TERM OF PROBATION TO FOLLOW.

[_]   The court makes the following recommendations to the Bureau of Prisons:

[X]   The defendant is remanded to the custody of the United States Marshal.
[_]   The defendant shall surrender to the United States Marshal for this district,
      [_] at _____ a.m./p.m. on _____.
[_]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
      [_] before 2 p.m. on _____.
      [_] as notified by the United States Marshal.
      [_] as notified by the probation office.

### RETURN

I have executed this judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

                                    _____
                                          United States Marshal

                                    By _____
                                              Deputy Marshal

AO245.REV